# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRANCE REASER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 14-00117-CB-C |
| MOBILE COUNTY JAIL, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. 6) recommending that this action be dismissed without prejudice for failure to prosecute and failure to obey the Court's order. After the Plaintiff filed an incomplete motion to proceed in forma pauperis (IFP), the Magistrate Judge entered an order denying the IFP motion. The order also granted leave to refile the IFP motion with a completed Financial Certificate and a copy of the institutional record attached. The order also explained that Plaintiff could, alternatively, pay the $350 filing fee. Finally, Plaintiff was warned that failure to comply with one of these two alternatives by April 17, 2014 would result in the dismissal of this action. Plaintiff did not comply with the Magistrate Judge's order. He neither refiled his IFP motion as required nor paid the $350.00 filing fee. He has not filed an objection to the Report and Recommendation. Instead, he has submitted a statement that he wishes to settle his case (Doc. 7) and a separate statement setting forth his settlement demands--$2,999 and "a car. . . a 1971 Charger or Gto [sic] in good shape." (Doc. 8.)

Plaintiff's settlement demands do not qualify as an objection to the Report and Recommendation of the Magistrate Judge which is hereby **ADOPTED** as the opinion of his Court pursuant to 28 U.S.C. § 636(b)(1).

**DONE** and **ORDERED** this the 2nd day of June, 2014.

           **s/***Charles R. Butler, Jr.*
           **Senior United States District Judge**